JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE METZGER; and ELIZABETH TRASK, as successors-in-interest of, and as personal representatives of, the Estate of Robert Russell Jeter, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CAL-CLEVE, LIMITED, a California corporation; DOT-LINE TRANSPORTATION, INC., a corporation; INTEGRATED CONNECTION, LLC, a limited liability entity; INTEGRATED LOGISTICS, LLC, a limited liability entity; TRAVIS BENJAMIN GATLIN, an individual; BRIAUNNIE LENEISE DAVIS PRESTON, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00406-SPG-RAO<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT [ECF NO. 10]** |

Before the Court is the Parties' Stipulation to Remand Case to Los Angeles County Superior Court. (ECF No. 10 ("Stipulation")). The Parties agree that removal of this action was barred by the forum defendant rule, 28 U.S.C. § 1441(b)(2), because Defendant Cal-Cleve, Limited is a California corporation that

1

was properly joined and served.  Having reviewed the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. This action is REMANDED to the Superior Court of the State of California, County of Los Angeles, Case No. 25STCV30631, pursuant to 28 U.S.C. § 1447(c);

2. All deadlines, hearings, and other dates set in the United States District Court, Central District of California, Case No. 2:26-cv-00406-SPG-RAO, are hereby VACATED; and

3. The Clerk of Court is directed to close this case and to transmit a copy of this Order to the Clerk of the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: February 2, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2